UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

Shannon Lori Lee,

DEBTOR.

)
)
)
)
)
)

CHAPTER 13

CASE NO.: 16-56291-PMB

**MOTION TO DISMISS**

COMES NOW Melissa J. Davey, Trustee in the above styled matter, and respectfully shows the

Court as follows:

1. Debtor has filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly Plan payments. Debtor should have paid $14,680.00. Debtor has paid a total of $9,800.00, causing a delinquency of $4,880.00. Debtor's Plan violates 11 U.S.C. §§ 1307(c)(1) and 1307(c)(6).

3. In addition, Debtor failed to remit the 2016 and 2017 income tax returns, or any resulting refund to the Trustee. Accordingly, Debtor is in material default of the terms of the confirmed Plan and has caused unreasonable delay that is prejudicial to the creditors. The case should be dismissed. 11 U.S.C. §§ 1307(c)(1) and 1307 (c)(6).

WHEREFORE, Trustee respectfully requests this case be dismissed.

Dated: June 18, 2018

Prepared and Presented by:

/s/ _____

Jason L. Rogers
Attorney for Chapter 13 Trustee
GA Bar No. 142575
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
(678) 510-1444 Phone
(678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        )        CHAPTER 13
Shannon Lori Lee,                             )
                                              )        CASE NO.:  16-56291-PMB
                                              )
                                              )
              DEBTOR.                         )

**NOTICE OF HEARING ON MOTION TO DISMISS**

A hearing on the Chapter 13 Trustee's Motion to Dismiss will be held July 19, 2018 at

2:00 pm in the Richard B. Russell Building, 75 Ted Turner Drive S.W. Courtroom 1202, Atlanta, GA

30303-3367.

All written objections shall state the grounds therefor and shall be filed with the Clerk, United

States Bankruptcy Court: Richard B. Russell Building, 75 Ted Turner Drive S.W., Room 1340, Atlanta, GA

30303.

A copy of any objection should be furnished to the Chapter 13 Trustee:

Melissa J. Davey, Standing Chapter 13 Trustee, 260 Peachtree St NW, Suite 200, Atlanta, GA 30303.

                                              Prepared and Presented by:

Dated: June 18, 2018

                                              /s/
                                              _____

                                              Jason L. Rogers
                                              Attorney for Chapter 13 Trustee
                                              GA Bar No. 142575
                                              260 Peachtree Street, NW, Suite 200
                                              Atlanta, GA 30303
                                              (678) 510-1444 Phone
                                              (678) 510-1450 Fax

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Shannon Lori Lee, | ) | |
| | ) | CASE NO.:  16-56291-PMB |
| | ) | |
| DEBTOR. | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

      DEBTOR(S):

      SHANNON LORI LEE
      PO BOX 533
      KENNESAW, GA  30156

      DEBTOR(S) ATTORNEY:

      THE SLOMKA LAW FIRM, PC
      OVERLOOK III - SUITE 1700
      2859 PACES FERRY ROAD, SE
      ATLANTA, GA  30309

with a copy of the foregoing Motion to Dismiss together with the Notice of Hearing on the Motion to

Dismiss by depositing in the United States Mail a copy of same in a properly addressed envelope

with adequate postage thereon.

      June 18, 2018

                                  Prepared and Presented by:

                                /s/ _____

                                Jason L. Rogers
                                Attorney for Chapter 13 Trustee
                                GA Bar No. 142575
                                260 Peachtree Street, NW, Suite 200
                                Atlanta, GA 30303
                                (678) 510-1444 Phone
                                (678) 510-1450 Fax