# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| SHANNON LORI LEE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE: 16-56291-PMB |

## POST CONFIRMATION MODIFICATION OF PLAN
## AND REQUEST FOR APPROVAL

Debtor proposes to modify the confirmed Chapter 13 plan in this case as set forth below and requests that this modification be approved.

## MODIFICATION OF PLAN

Debtor hereby modifies the Chapter 13 Plan, which was confirmed by order of this Court on July 14, 2016, as follows:

    1.    Debtor hereby modify Paragraph 2 of the Plan as follows:

**Plan Payments and Length of Plan**. Debtor will pay the sum of **$450.00** per month to Trustee by X Payroll Deduction(s) or by Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. §§ 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The Post Confirmation Modification of the plan lowers the plan payment to $450.00 per month with a matching reduction in base.

Respectfully submitted this 30th day of July, 2018.

                                    /s/
                              Howard Slomka, Esq.
                              Georgia Bar # 652875
                              Slipakoff & Slomka, PC
                              Attorney for Debtor
                              Overlook III – Suite 1700
                              2859 Paces Ferry Rd, SE
                              Atlanta, GA 30339
                              (404) 800-4001
                              se@myatllaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

SHANNON LORI LEE  :  CHAPTER 13
               :
Debtor.        :  CASE: 16-56291-PMB

## NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** Debtors have filed and served on you a proposed modification to the confirmed Plan in this case. Pursuant to rule 3015(g) of the federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed on: July 30, 2018. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING: Clerk, U.S. Bankruptcy Court, Room 1340, Richard B. Russell Building, 75 Spring Street South West, Atlanta, Georgia 30303.**

If you mail an objection to the court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on Debtors at:

Shannon Lori Lee
PO Box 533
Kennesaw, GA 30156

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the Modification in Courtroom 1202, Richard B. Russell Building, 75 Spring Street SW, Atlanta, Georgia 30303 at 9:00 A.M. on August 30, 2018.

Respectfully submitted this 30th day of July, 2018.

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001
se@myatllaw.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

SHANNON LORI LEE                    :         CHAPTER 13
                                    :
         Debtor.                    :         CASE: 16-56291-PMB

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

                                    ___/s/_____
                                    Shannon Lori Lee

This 30th day of July, 2018

Penalty of making false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

SHANNON LORI LEE                :         CHAPTER 13
                                :
         Debtor.                :         CASE: 16-56291-PMB

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Modification of Confirmed Plan, in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa J. Davey, 13 Trustee (served via ECF)
Suite 200
260 Peachtree Street, NW
Atlanta, GA 30303

Shannon Lori Lee
PO Box 533
Kennesaw, GA 30156

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: July 30, 2018

_____/s/_____
Howard Slomka, Esq.
Georgia Bar # 652875
Slipakoff & Slomka, PC
Attorney for Debtor
Overlook III – Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339
(404) 800-4001
se@myatllaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 16-56291-pmb<br>Northern District of Georgia<br>Atlanta<br>Mon Jul 30 09:39:43 EDT 2018 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Auto Finance<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024-2302 | Capital One Auto Finance c/o AIS<br>Portfolio Services, LP f/k/a AIS Data<br>Services d/b/a/ Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>c/o AIS Portfolio Services LP et al<br>4515 N Santa Fe Ave Dept APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 |
| ERC/Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Frost Arnett Company<br>PO Box 198988<br>Nashville, TN 37219-8988 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| IC Systems, Inc<br>444 Highway 96 East<br>Po Box 64378<br>St Paul, MN 55164-0378 | Innovate Loan Servicing Corporation, service<br>6707 Brentwood Stair, Suite 610<br>Fort Worth, TX 76112-3368 | Innovateln<br>2201 Dottie Lynn P<br>Fort Worth, TX 76120-4432 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Iq Data International<br>P.o. Box 3568<br>Everett, WA 98213-8568 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Shannon Lori Lee<br>PO Box 533<br>Kennesaw, GA 30156-0533 | Midland Credit Management Inc.<br>2365 Northside Drive<br>Suite #300<br>San Diego, CA 92108-2709 | Northside Hospital<br>1100 Johnson Ferry Road<br>Suite 760<br>Atlanta, GA 30342-1743 |
| Northside Marietta Imaging<br>780 Canton Road NE<br>Marietta, GA 30060-7241 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients    23<br>Bypassed recipients     0<br>Total                  23 |