## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

SHANNON LORI LEE  :  CHAPTER 13
:
Debtor.  :  CASE NO.: 16-56291-PMB
:

### MOTION TO EXCUSE DELINQUENCY OF $6937.00 WITH MATCHING REDUCTION IN BASE

COMES NOW THE DEBTOR, SHANNON LORI LEE, in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Excuse Delinquency o $6937.00 WITH MATCHING REDUCTION IN BASE" ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 U.S.C. Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on April 8, 2016. Debtor's Chapter 13 Plan was confirmed by this Court on July 14, 2016.

5.

Debtor's confirmed plan includes a step increase of $1,116.00 to have gone into effect February 2018 upon the completion of her non filing spouse's ("NFS")own separate Chapter 13 bankruptcy completed. The NFS Chapter 13 bankruptcy did complete, however, upon completion the NFS took out two loans for business equipment to further his business. One loan for $933.00 per month will end May 2021, and the second loan for $758.00 per month end May 2022. Both of the loans end after the 60th month of Debtor's bankruptcy.

6.

Debtor has filed a Chapter 13 Post Confirmation plan modification. (Doc.34 ) The Modification will allow the case to pay out in the time remaining in the case. Debtor has also filed updated Schedules I and J to support the Modification and this Motion. (Doc.35)

7.

Debtor asks the court to excuse the delinquency that incurred from February 2018 through August 2018 totaling $6,937.00. In addition, Debtor asks that the base be reduced accordingly.

WHEREFORE, Debtor prays:

(a) That this Motion to be filed, read, and considered:

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and

proper.

Respectfully submitted,

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE, Suite 1700
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| SHANNON LORI LEE | : | CHAPTER 13 |
| | : | |
| Debtor. | : | CASE NO.: 16-56291-PMB |
| | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that ASHLIE LYNN SAYLORS has filed a Motion to Suspend Plan Payments for November and December 2017 and related papers with the Court seeking an Order on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion to Suspend Plan Payments in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia at 9:45 A.M. on August 30, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your view, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

[DATE & SIGNATURE ON FOLLOWING PAGE]

Dated: July 30, 2018

/s/

Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

SHANNON LORI LEE : CHAPTER 13

Debtor. : CASE NO.: 16-56291-PMB

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION TO EXCUSE DELINQUENCY OF $6937 AND MATACHING REDUCTION IN BASE AND NOTICE OF HEARING in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Melissa Davey (served via ECF)
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303

Shannon Lori Lee
PO Box 533
Kennesaw, GA 30156

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

Dated: July 30, 2018

_____/s/_____

Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing        Capital One                             Capital One Auto Finance
113E-1                                  Attn: Bankruptcy                        4515 N Santa Fe Ave. Dept. APS
Case 16-56291-pmb                       Po Box 30285                            Oklahoma City, OK 73118-7901
Northern District of Georgia            Salt Lake City, UT 84130-0285
Atlanta
Mon Jul 30 09:39:43 EDT 2018

Capital One Auto Finance                Capital One Auto Finance c/o AIS        Capital One Auto Finance, a division of Capi
7933 Preston Rd                         Portfolio Services, LP f/k/a AIS Data   c/o AIS Portfolio Services LP et al
Plano, TX 75024-2302                    Services d/b/a/ Ascension Capital Group 4515 N Santa Fe Ave Dept APS
                                        4515 N Santa Fe Ave. Dept. APS          Oklahoma City, OK 73118-7901
                                        Oklahoma City, OK 73118-7901

Capital One Bank (USA), N.A.            Credit One Bank Na                      Melissa J. Davey
PO Box 71083                            Po Box 98873                            Melissa J. Davey, Standing Ch 13 Trustee
Charlotte, NC  28272-1083               Las Vegas, NV 89193-8873                Suite 200
                                                                                260 Peachtree Street, NW
                                                                                Atlanta, GA 30303-1236

ERC/Enhanced Recovery Corp              Frost Arnett Company                    (p)GEORGIA DEPARTMENT OF REVENUE
8014 Bayberry Rd                        PO Box 198988                           COMPLIANCE DIVISION
Jacksonville, FL 32256-7412             Nashville, TN 37219-8988                ARCS BANKRUPTCY
                                                                                1800 CENTURY BLVD NE SUITE 9100
                                                                                ATLANTA GA 30345-3202

IC Systems, Inc                         Innovate Loan Servicing Corporation, service  Innovateln
444 Highway 96 East                     6707 Brentwood Stair, Suite 610         2201 Dottie Lynn P
Po Box 64378                            Fort Worth, TX 76112-3368               Fort Worth, TX 76120-4432
St Paul, MN 55164-0378

Internal Revenue Service                Iq Data International                   LVNV Funding, LLC its successors and assigns
PO Box 7346                             P.o. Box 3568                           assignee of FNBM, LLC
Philadelphia, PA 19101-7346             Everett, WA 98213-8568                  Resurgent Capital Services
                                                                                PO Box 10587
                                                                                Greenville, SC 29603-0587

Shannon Lori Lee                        Midland Credit Management Inc.          Northside Hospital
PO Box 533                              2365 Northside Drive                    1100 Johnson Ferry Road
Kennesaw, GA 30156-0533                 Suite #300                              Suite 760
                                        San Diego, CA 92108-2709                Atlanta, GA 30342-1743

Northside Marietta Imaging              Howard P. Slomka                        U. S. Attorney
780 Canton Road NE                      Slipakoff & Slomka, PC                  600 Richard B. Russell Bldg.
Marietta, GA 30060-7241                 Overlook III - Suite 1700               75 Ted Turner Drive, SW
                                        2859 Paces Ferry Rd, SE                 Atlanta GA 30303-3315
                                        Atlanta, GA 30339-6213
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue           End of Label Matrix
1800 Century Blvd                       Mailable recipients     23
Suite 17200                             Bypassed recipients      0
Atlanta, GA 30345                       Total                   23
```